FILED

# United States District Court

JUN 3 0 2005

__MIDDLE__ DISTRICT OF __ALABAMA__

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

SAKETO LAQUANO WITCHER

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:05mj80-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 28, 2005,__ in __Montgomery__ county, in the Middle District of __Alabama__ defendants did,

possess a firearm after being convicted of felony offenses,

in violation of Title __18__ United States Code, Section(s) __922(g)(1),__

I further state that I am an __FBI Agent__ and that this complaint is based on the following facts:
Official Title

See attached Affidavit which is incorporated by reference herein

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

E. Crook
Signature of Complainant

Sworn to before me and subscribed in my presence,

__JUNE 30, 2005__ at __MONTGOMERY, ALABAMA__
Date                                                        City and State

VANZETTA P. MCPHERSON, U. S. Magistrate Judge   /s/ Vanzetta Penn McPherson
Name & Title of Judicial Officer                        Signature of Judicial Officer

## AFFIDAVIT

I, JEFFREY E. CROAKE, being duly sworn on oath, depose and state as follows:

1. Affiant is a Special Agent with the Federal Bureau of Investigation (FBI) and has been employed with the Federal Bureau of Investigation as an investigator since August 8, 2003.

2. Investigation by the Affiant and other members of local law enforcement determined the following:

3. On June 28, 2005 subject Saketo Laquano Witcher, date of birth May 17, 1971, social security account number 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, of 2012 Potomac Avenue, Montgomery, Alabama attempted to board an aircraft at the Montgomery Regional Airport. While going through the baggage screening process, members of the TSA staff noticed what looked like a handgun concealed in Mr. Witcher's carry-on luggage. Airport security was then called to the screening station and took Mr. Witcher and his bag to the security office. In the security office the bag was searched and a American Derringer Colt 45/.410 x 2 handgun (double barrel), loaded with two .45 caliber rounds, serial number 110336, was found concealed in a Crown Royal bag that was stuffed inside a boot. Subsequent computer checks using Mr. Witcher's identification information revealed that he was possibly a State of Alabama parolee. The Federal Bureau of Investigation was then contacted.

4. On June 28, 2005 Officer Edward McCurdy, State of Alabama, Board of Pardons and Parole, Probation and Parole Office, Room 101, County Courthouse, 251 South Lawrence Street, Montgomery, Alabama 36104 confirmed that Saketo Laquano Witcher, date of birth May 17, 1971, social security account number 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 is presently on parole with the State of Alabama for Unlawful Distribution/ Furnishing A Controlled Substance. He was sentenced on April 1, 1997 to twenty tears and made parole on February 17, 2003. His parole ends on March

29, 2017.

5. On June 28, 2005 Special Agent Theron T. Jackson of the Bureau of Alcohol, Tobacco, Firearms and Explosives, Montgomery, Alabama did a firearms examination of the subject firearm. SA Jackson determined that the firearm, an American Derringer Colt 45/.410 x 2 handgun (double barrel), loaded with two .45 caliber rounds, serial number 110336 was manufactured in Texas and therefore is a firearm as defined in Title 18, United States Code Chapter 44, Section 921 (a)(3) and was not manufactured in Alabama.

6. On June 30, 2005 the Affiant ran an inquiry of the handgun's serial number in the NCIC system. The handgun inquiry returned the result that the weapon had been stolen in the Montgomery, Alabama area on or around November 11, 2004.

JEFFREY E. CROAKE
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to me before me on June 30th, 2005

United States Magistrate Judge