```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

UNITED STATES OF AMERICA    )
                            )
v.                          )    CASE NO. 2:05cr178-A
                            )
SAKETO LAQUANO WITCHER      )

<u>NOTICE OF BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY</u>

COMES NOW the United States Attorney's Office for the Middle District of Alabama, by and through the undersigned Assistant United States Attorney, and hereby files the following:

Through the violation of Title 18, United States Code, Section 922(g)(1) as alleged in Count 1 of indictment, which is punishable by imprisonment of more than one year, the United States seeks forfeiture of the following property pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, 2461(c):

**One American Derringer Colt 45, .410 handgun (double barrel), bearing serial number 110336.**

Respectfully submitted this 10th day of July, 2006.

                    FOR THE UNITED STATES ATTORNEY
                          LEURA G. CANARY


                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
                    Office of the United States Attorney
                    Middle District of Alabama
                    One Court Square, Suite 201
                    Montgomery, Alabama 36104
                    Telephone:(334) 223-7280
                    Facsimile:(334) 223-7560
                    E-mail: John.Harmon@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2006, I electronically filed the foregoing Notice of Bill of Particulars for Forfeiture of Property with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Verne H. Speirs** and **Christine Freeman**.

    Respectfully submitted,

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201
Montgomery, Alabama 36104