**COURTROOM DEPUTY'S MINUTES**                              **DATE:** 7/17/06

**MIDDLE DISTRICT OF ALABAMA**                              Digital Recording: 9:12 - 9:14

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson     **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr178-WHA
 **PLAINTIFF:** USA                                         **DEFENDANT(S):** Saketo Laquano Witcher

| PLAINTIFF | APPEARANCES | DEFENDANT |
|---|---|---|
| Verne Speirs | * * * * | Christine Freeman |

☐ **DISCOVERY STATUS:**           Complete

☐ **PENDING MOTION STATUS:**      None

☐ **PLEA STATUS:**                10/24/06 Trial Term

☐ **TRIAL STATUS**

☐ **REMARKS:** Defense counsel notifies the Court that this case may be dismissed
          Court to issue an order that by 8/4/06, counsel to notify the court if case will be dismissed