IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr178-WHA |
| | ) | |
| SAKETO LAQUANO WITCHER | ) | |

## ORDER

During the Pretrial Conference in this case on 17 July 2006, counsel for the parties informed the Court that this case may be dismissed.

For good cause, it is

ORDERED that counsel notify the Court by 4 August 2006 as to whether or not this case will be dismissed.

DONE this 18th day of July 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE