IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,    )
                             )
v.                           )       CASE NO.    2:05cr178-WHA
                             )
SAKETO LAQUANO WITCHER       )

## ORDER

Based upon this court's order setting the trial in the above-styled case for 24 October

2006, and for good cause, it is

ORDERED that the parties shall appear for a pretrial conference on 21 August 2006

at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery,

Alabama before the undersigned Magistrate Judge.

DONE this 20th day of July, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE